# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>CARLOS CEJA,<br><br>                           Defendant. | Case No.: 23-cr-0851-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

       On May 31, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for June 2, 2023 to June 23, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 19] and sets the Motion Hearing/Trial Setting on June 23, 2023 at 2:00 p.m.

       For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On May 25, 2023, a plea agreement was lodged before the Court, and a change of plea hearing is set for June 6, 2023. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

Further, on May 25, 2023, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from May 25, 2023 to June 6, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 6/1/2023

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE